Matthew C. Bradford, Esq. – SBN 196798
BRADFORD LAW OFFICE
3255 W. March Lane, Suite 230
Stockton, CA 95219
Telephone: (209) 957-6644
Facsimile: (209) 957-6645

Attorneys for Plaintiff,
GLENLYN A. ZIMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENLYN A. ZIMMER<br><br>         Plaintiffs,<br>vs.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, ET AL.<br>         Defendants. | CASE No. 2:07-CV-00016-WBS-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON SCHEDULING CONFERENCE**<br><br>Date: [Proposed Date] March 12, 2007<br>Time:              1:30 p.m.<br>Courtroom:     5<br>Judge:             Hon. William B. Shubb<br>Complaint Filed: November 13, 2006 |

The Court has set a Scheduling Conference hearing for February 26, 2007 at 1:30 p.m., however, Plaintiff's counsel, Matthew C. Bradford is scheduled to be out of state and unavailable at that same day and time.

Therefore, the parties hereby stipulate that the Scheduling Conference hearing be continued to March 12, 2007, at 1:30 p.m. in Department 5.

DATED: January  23 , 2007         Respectfully Submitted,

BRADFORD LAW OFFICE

By:    /s/
      Matthew C. Bradford

Attorney for Plaintiff,
GLENLYN A. ZIMMER

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON
SCHEDULING CONFERENCE

DATED: January 23, 2007     KIRKPATRICK & LOCKHART PRESTON GATES ELLIS, LLP


By: ___/s/_____
    William N. Herbert

Attorney for Defendant.
FIRST NLC FINANCIAL SERVICES, LLC

DATED: January ___, 2007


By: _____
    TIM NAWABI  (In Pro Per)

DATED: January ___, 2007


By: _____
    GOLDEN STATE FINANCING  (In Pro Per)

**ORDER**

**IT IS ORDERED** that the Scheduling Conference hearing be continued to March 12, 2007, at 1:30 p.m. in Dept. 5.

DATED: February 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com