IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENLYN ZIMMER,

    Plaintiff,                                  No. CIV S-07-0016 WBS KJM

    vs.

FIRST NLC FINANCIAL SERVICES, et al.,

    Defendants.                          ORDER

_____/

        Presently calendared for hearing on May 9, 2007 is defendant Nawabi's motion to set aside default. Plaintiff and the other defendant appearing in this action have filed statements of non-opposition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The hearing on May 9, 2007 is vacated.

        2. The motion to set aside default is granted. The Clerk of Court is directed to vacate the default entered January 29, 2007.

DATED: May 3, 2007.

                                                      U.S. MAGISTRATE JUDGE

006
zimmer.vacdef

1