IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENLYN ZIMMER,

       Plaintiff,                                         No. CIV 07-0016 WBS KJM

    vs.

TIM NAWABI, et al.,

       Defendants.                             <u>ORDER</u>

_____/

        Plaintiff's motion to compel discovery is pending before the court. Defendants have filed a statement of non-opposition. Upon review of the documents in support and non-opposition, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within fourteen days from the date of this order, defendants shall produce the responsive documents and shall respond to the interrogatories and requests for admission.

        2. Reasonable expenses are awarded to plaintiff against defense counsel in the amount of $250.00.

DATED: November 14, 2007.

                                                                  U.S. MAGISTRATE JUDGE

006
zimmer.sub