Matthew C. Bradford, Esq. (196798)
**BRADFORD LAW OFFICE**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:    (209) 957-6644
Facsimile:    (209) 957-6645

Attorney for Plaintiff, GLENLYN A. ZIMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENLYN A. ZIMMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TIM NAWABI, an individual, MATT DURANI, an individual, PRIME FUNDING SOLUTION, an unknown entity, FARIDOON LODIN, an individual, GOLDEN STATE FINANCING, a California corporation, SANDRA BONNER, and individual, FIRST NLC FINANCIAL SERVICES, LLC, a California limited liability company, and WILSHIRE CREDIT CORPORATION, a Nevada Corporation,<br><br>Defendants. | CASE NO. 2:07-CV-00016 WBS KJM<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR TAKING OF DEPOSITIONS OF DEFENDANTS TIM NAWABI, FARIDOON LODIN, AND GOLDEN STATE FINANCING**<br><br>Complaint Filed:  November 13, 2006<br>Trial Date:           August 12, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**STIPULATION AND ORDER EXTENDING DATE FOR TAKING OF DEPOSITIONS OF DEFENDANTS
TIM NAWABI, FARIDOON LODIN, AND GOLDEN STATE FINANCING**

Plaintiff GLENLYN A. ZIMMER, and Defendants TIM NAWABI, FARIDOON LODIN, and GOLDEN STATE FINANCING by and through their attorneys of record, HEREBY STIPULATE AND AGREE that the deadline for the taking of the depositions of Defendants Nawabi, Lodin and Golden State Financing is hereby extended to April 3, 2008, and the deadline for bringing any discovery motions related thereto is extended until April 25, 2008.

DATED: January ___, 2008           BRADFORD LAW OFFICE

By: _____
MATTHEW C. BRADFORD
Attorneys for Plaintiff
GLENLYN A. ZIMMER

DATED: January ___, 2008           CAMMACK LAW OFFICES

By: _____
STEPHEN T. CAMMACK
Attorneys for Defendants
FARIDOON LODIN, TIM NAWABI
and GOLDEN STATE FINANCING

**ORDER**

IT IS SO ORDERED.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

**STIPULATION AND ORDER EXTENDING DATE FOR TAKING OF DEPOSITIONS OF DEFENDANTS TIM NAWABI, FARIDOON LODIN, AND GOLDEN STATE FINANCING**