UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GLENLYN A. ZIMMER,

           Plaintiff,

     v.

TIM NAWABI, an individual; MATT DURANI, an individual; PRIME FUNDING SOLUTION, an unknown entity; FARIDOON LODIN, an individual; GOLDEN STATE FINANCING CORPORATION, a California corporation; SANDRA BONNER, an individual; FIRST NLC FINANCIAL SERVICES, LLC, a California limited liability company; and WILSHIRE CREDIT CORPORATION, a Nevada corporation,

           Defendants.

NO. CIV. 07-16 WBS KJM

<u>REQUEST FOR BRIEFING</u>

----oo0oo----

On January 22, 2008, First NLC Financial Services, LLC ("First NCL") filed a "Notice of Bankruptcy Stay" in the aforementioned action, stating that, "[p]ursuant to 11 U.S.C. § 362, this action is stayed as to defendant First NCL." (First NCL's Notice of Bankruptcy Stay 2.) The court requests briefing

1

from the non-bankrupt parties addressing the effect § 362 has on future proceedings in this action.  The non-bankrupt parties shall state their positions and supporting authority in briefs filed with this court by 5:00 p.m. on Tuesday, February 5, 2008.

DATED:   February 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE