Matthew C. Bradford, Esq. (196798)
Paul T. Dolberg, Esq. (250969)
**BRADFORD LAW OFFICE**
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:   (209) 957-6644
Facsimile:    (209) 957-6645

Attorneys for Plaintiff, GLENLYN A. ZIMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENLYN A. ZIMMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TIM NAWABI, an individual, MATT DURANI, an individual, PRIME FUNDING SOLUTION, an unknown entity, FARIDOON LODIN, an individual, GOLDEN STATE FINANCING, a California corporation, SANDRA BONNER, an individual, and FIRST NLC FINANCIAL SERVICES, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:07-CV-00016 WBS KJM<br><br>**STIPULATION TO CONTINUE DATE OF EVIDENTIARY HEARING, PRETRIAL CONFERENCE, AND TRIAL DATE; [~~PROPOSED~~] ORDER** |

The remaining parties hereby stipulate to continue the following dates:

1. The evidentiary hearing following Glenlyn Zimmer's motion for summary adjudication, scheduled by the Court for June 16, 2008, at 2:00 p.m., to be moved to August 11, 2008, at 2:00 p.m.;

2. The Pretrial Conference presently scheduled for June 16, 2008, be continued to September 22, 2008; and

3. The Trial presently scheduled for August 12, 2008, be continued to November 4, 2008, at 9:00 a.m.

-1-

STIPULATION TO CONTINUE DATE OF EVIDENTIARY HEARING, PRETRIAL CONFERENCE, AND TRIAL DATE; [PROPOSED] ORDER

The parties stipulate on the grounds that Zimmer's counsel is scheduled to be out of state on June 16, 2008.

Additionally, most of the remaining Defendants in this case are in Bankruptcy. Glenlyn Zimmer has prepared and intends to file a motion for relief from the automatic stay to allow the Trial to proceed against Defendants Tim Nawabi and Faridoon Lodin. The continuance of the Trial may allow for the Trial to proceed against Nawabi and Lodin.

                                        Respectfully Submitted,

DATED: May 21, 2008          BRADFORD LAW OFFICE

                                        By: _____/s/_____
                                              Matthew C. Bradford

                                        Attorney for Plaintiff GLENLYN ZIMMER

DATED: May ___, 2008         CAMMACK LAW OFFICES

                                        By: __/s/_____
                                            Stephen T. Cammack, Esq.

                                        Attorney for Defendants,
                                        TIM NAWABI, FAIRDOON LODIN, and
                                        GOLDEN STATE FINANCING CORP.

**ORDER**

**IT IS ORDERED** that the evidentiary hearing be continued to August 11, 2008, at 2:00 p.m.; the Pretrial Conference be continued to September 22, 2008 at 2:00 p.m.; and the Trial be continued to November 4, 2008 at 9:00 a.m., in Court Room 5.

DATED: May 21, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE OF EVIDENTIARY HEARING, PRETRIAL CONFERENCE, AND TRIAL DATE; [PROPOSED] ORDER