UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GLENLYN A. ZIMMER,

        Plaintiff,

   v.

TIM NAWABI, an individual; MATT DURANI, an individual; PRIME FUNDING SOLUTION, an unknown entity; FARIDOON LODIN, an individual; GOLDEN STATE FINANCING CORPORATION, a California corporation; SANDRA BONNER, an individual; FIRST NLC FINANCIAL SERVICES, LLC, a California limited liability company; and WILSHIRE CREDIT CORPORATION, a Nevada corporation,

        Defendants.

_____/

NO. CIV. 07-00016 WBS KJM

ORDER RE: TRIAL ON DAMAGES

----oo0oo----

    On May 14, 2008, the court granted plaintiff Glenlyn A. Zimmer's motion for summary judgment with respect to defendant Golden State Financing's liability on plaintiff's breach of fiduciary duty and financial elder abuse claims.  At the status

hearing on September 22, 2008, counsel for plaintiff agreed to waive jury trial and consent to trial by the court on the issue of damages on those claims.  Accordingly, a bench trial, limited to determining plaintiff's damages for the two aforementioned claims, is set for October 20, 2008 at 2:00 p.m. in Courtroom No. 5.  It is understood that such trial shall last no more than an hour.  By September 26, 2008, plaintiff shall submit a trial brief detailing 1) what plaintiff will seek to prove at trial; 2) the evidence plaintiff will present; and 3) the amount of damages she is requesting.

　　　　IT IS SO ORDERED.

DATED:  September 23, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE