UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GLENLYN A. ZIMMER,

        Plaintiff,

   v.

TIM NAWABI, an individual; MATT DURANI, an individual; PRIME FUNDING SOLUTION, an unknown entity; FARIDOON LODIN, an individual; GOLDEN STATE FINANCING CORPORATION, a California corporation; SANDRA BONNER, an individual; FIRST NLC FINANCIAL SERVICES, LLC, a California limited liability company; and WILSHIRE CREDIT CORPORATION, a Nevada corporation,

        Defendants.

NO. CIV. 07-00016 WBS KJM

<u>FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER FOR JUDGMENT</u>

----oo0oo----

        On May 14, 2008, the court granted plaintiff Glenlyn A. Zimmer's motion for summary judgment on the issue of liability with respect to her breach of fiduciary duty and financial elder abuse claims against defendant Golden State Financing Corporation

1

("Golden State").  A hearing was subsequently held on October 20, 2008, on the issue of plaintiff Glenlyn A. Zimmer's damages on those claims. .  The court heard oral testimony and received documentary evidence.  From the evidence the court finds that as a proximate result of Golden State's breach of fiduciary duty and financial elder abuse, plaintiff incurred damages in the amounts of:

| | |
|---|---|
| Prepayment Penalty: | $18,782.50 |
| Closing Costs: | $16,561.06 |
| Prejudgment Interest: | <u>$ 9,150.45</u> |
| **TOTAL DAMAGES:** | **$44,494.01** |

IT IS THEREFORE ORDERED that judgment be entered for plaintiff on her breach of fiduciary duty and financial elder abuse claims against Golden State in the amount of **$44,494.01.**  The Clerk is directed to enter judgment accordingly.

DATED:  October 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE